NO. 1:14-cv-00362

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

## Supplement to JS 44 Civil Cover Sheet
## Cases Removed From State Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    Cause No. D-1-GN-13-002917; *The PPA Group, LLC, and PPA Real Estate Management, LLC v. Glenn Gonzales, Heidi Gonzales, GCG Investments, LLC, Network Acquisition Partnership, LLC, Shravan Parsi, and SA Dream Homes, LLC*; In the 200th Judicial District Court of Travis County, Texas

2. Was jury demand made in State Court:        YES
    If yes, by which party and on what date?    Defendant - October 28, 2013.

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    Plaintiff:                          The PPA Group, LLC
                                        PPA Real Estate Management, LLC

    Third-Party Defendant:              Monte Lee-Wen

    Attorneys for Plaintiff             John R. Nelson
    and Third-Party Defendant:          Todd Lawrence Disher
                                        Locke Lord LLP
                                        600 Congress Avenue, Suite 2200
                                        Austin, Texas  78701
                                        (512) 305-4868 (telephone)
                                        (512) 305-4800 (facsimile)

|  |  |
|---|---|
| <u>Defendants</u>: | Glenn Gonzales |
|  | Heidi Gonzales |
|  | GCG Investments, LLC |
|  | Network Acquisition Partnerships, LLC |
|  | Shravan Parsi |
|  | SA Dream Homes, LLC |
|  |  |
| <u>Attorneys for Defendant</u>: | David Dunham |
|  | Jennifer Tatum Lee |
|  | Taylor Dunham and Rodriguez |
|  | 301 Congress Ave., Suite 1050 |
|  | (512) 473-2257 |
|  | (512) 478-4409 |

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissal, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Defendants filed a claim against Monte Lee-Wen for breach of contract, breach of fiduciary duty, money had and received, unjust enrichment, defamation, and fraud in a real estate and stock transaction.

| | |
|---|---|
| <u>Third-Party Defendant</u>: | Monte Lee-Wen |
| <u>Attorneys for</u><br><u>Third-Party Defendant</u>: | John R. Nelson<br>Todd Lawrence Disher |

2

Locke Lord LLP  
600 Congress Avenue, Suite 2200  
Austin, Texas 78701  
(512) 305-4868 (telephone)  
(512) 305-4800 (facsimile)

**VERIFICATION:**

_____  
John R. Nelson

4-28-14  
Date

Attorney for Removing Parties  
The PPA Group, LLC  
PPA Real Estate Management, LLC